Michael LANE, Appellant,

v.

STATE of Missouri, Respondent.

No. 50419.

Missouri Court of Appeals,
Eastern District,
Division One.

April 1, 1986.

Motion for Rehearing and/or Transfer
Denied April 29, 1986.

Application to Transfer Denied
June 17, 1986.

Dorothy M. Hirzy, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals from the denial without a hearing of his Rule 27.26 motion which alleged ineffective assistance of counsel at a probation revocation hearing. A Rule 27.26 motion is not the proper procedure by which to challenge the effectiveness of

counsel at a probation revocation hearing. The state's motion to dismiss the appeal is denied as moot. No precedential purpose would be served by a written opinion.

The judgment is affirmed. Rule 84.16(b).